```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 29636
    ROSEMARY MOORE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2919


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/10/2004 and was confirmed 10/07/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/22/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITICORP TRUST BANK        CURRENT MORTG          .00            .00           .00
FORD MOTOR CREDIT          SECURED                .00            .00           .00
FORD MOTOR CREDIT          UNSECURED              .00            .00           .00
WORLD FINANCIAL NETWORK    SECURED              500.00          6.25        500.00
WORLD FINANCIAL NETWORK    UNSEC W/INTER      2909.35         201.09       2909.35
CAPITAL ONE BANK           UNSEC W/INTER      3043.44         210.76       3043.44
CAPITAL ONE                NOTICE ONLY       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      1841.21         127.23       1841.21
WORLD FINANCIAL NETWORK    UNSEC W/INTER       515.69          35.80        515.69
CHARMING SHOPPES FASHION   UNSEC W/INTER      1126.26          77.85       1126.26
CITICORP TRUST BANK        SECURED                .00            .00           .00
FORD MOTOR CREDIT CO       COST OF COLLE       375.00            .00        375.00
PETER FRANCIS GERACI       DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                           754.06
DEBTOR REFUND              REFUND                                            347.16

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 14,271.15

PRIORITY                                              .00
SECURED                                            875.00
    INTEREST                                         6.25
UNSECURED                                        9,435.95
    INTEREST                                       652.73
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               754.06
DEBTOR REFUND                                      347.16
                        ---------------     ---------------
TOTALS                  14,271.15               14,271.15

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29636 ROSEMARY MOORE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE